**TERRY A. DAKE, LTD.**
11811 North Tatum Boulevard
Suite 3031
Phoenix, Arizona 85028-1621
Telephone: (480) 368-5199
Facsimile: (480) 368-5198
tdake@home.com

**Terry A. Dake - 009656**

Attorney for Trustee

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: | In Chapter 11 Proceedings |
| NEWCARE HEALTH CORP., | Case Nos. 99-44160-44181-HJB |
| Debtor. | Jointly Administered Under Case No. 99-44161-HJB |

**NOTICE OF APPEARANCE**

Louis A. Movitz, trustee of RainTree Healthcare Corporation, successor to Sunbelt Therapy Management Services, Inc., hereby gives notice of his appearance in this Chapter 11 case. Mr. Movitz requests that a copy of all notices to creditors and other parties-in-interest, including any notices pertaining to the claim of Sunbelt Therapy Management Services, Inc. in this case be sent to him at the address indicated:

Louis A. Movitz
P.O. Box 3137
Carefree, Arizona 85037

DATED this 29 day of November, 2001.

_____
Louis A. Movitz, Trustee of RainTree

CLERK'S OFFICE
2001 DEC -4 P 12: 37
U.S. BANKRUPTCY COURT
DISTRICT OF MASS.

ENTERED ON DOCKET
12/10/2001
1386

1. COPY of the foregoing mailed this ___30___ day of ___November___, 2001, to:

2. John J. Monghan
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116



2